IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HILTON KARRIEM MINCY, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:09-cv-236 |
| ) | |
| v. ) | |
| ) | |
| SECURITY LIEUTENANT ) | |
| WILLIAM P. McCONNELL, *et al*, ) | |
| ) | |
| Defendants. ) | |

## O R D E R

Presently pending before the Court in the above-captioned case is a motion by the Plaintiff, Hilton Karriem Mincy, for reconsideration of the Memorandum Order entered on April 25, 2012 [106]. To prevail on a motion for reconsideration, the movant must establish: "(1) an intervening change in the controlling law; (2) the availability of new evidence ...; or (3) the need to correct a clear error of law or fact or to prevent manifest injustice." *Brodzki v. Fox* Broadcasting, 464 Fed. Appx. 43, 44 (3d Cir. 2012) (*quoting Max's Seafood Café ex rel. Lou–Ann, Inc. v. Quinteros*, 176 F.3d 669, 677 (3d Cir.1999)). Because my review of Plaintiff's motion reveals no basis under the foregoing standard justifying reconsideration of my April 25 Memorandum Order, the Plaintiff's motion [111] shall be, and hereby is, DENIED.

                                                                  s/ <u>Sean J. McLaughlin</u>

                                                                  SEAN J. McLAUGHLIN
                                                                 United States District Judge

cm:    All parties of record.